

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 2 0 2022

CENTRAL DISTRICT OF CALIFORNIA
BY _____

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

United States of America

PLAINTIFF(S)

v.

Jeremy David Hanson

DEFENDANT(S).

CASE NUMBER  8:22-MJ-00286-DUTY

22-mj-3070 (KAR)

**DECLARATION RE
OUT-OF-DISTRICT WARRANT**

The above-named defendant was charged by: Criminal Complaint
in the _____ District of Massachusetts on 4/12/22,
at 1:00 ☐ a.m. / ☒ p.m. The offense was allegedly committed on or about 10/2/21 / 10/8/21
in violation of Title 18 U.S.C., Section(s) 875(c)
to wit: Threatening Interstate Communications

A warrant for defendant's arrest was issued by: Katherine A. Robertson

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 4/20/22
Date

Signature of Agent

Kristen Brown
Print Name of Agent

FBI
Agency

Special Agent
Title