AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Massachusetts ☑

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 2 0 2022

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

United States of America
v.
Jeremy David Hanson

)
)
)
)
)
)

Case No.  22-mj-3070-KAR

8:22-MJ-00286-DUTY

Defendant

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Jeremy David Hanson                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
Transmission In Interstate Commerce Of Communications Containing Threats To Injure The Person Of Another in violation of Title 18, United States Code, Section 875(c)

Date:  4/19/2022

*Katherine Robertson*
Issuing officer's signature

City and state:  Springfield, MA

KATHERINE ROBERTSON, U.S.M.J.
Printed name and title

### Return

This warrant was received on *(date)* 4-19-22, and the person was arrested on *(date)* 4/20/2022
at *(city and state)* Los Alamitos, CA.                                                          @ 7:05 am

Date:  4-20-22

*signature*
Arresting officer's signature

Kristen Brown, Special Agent
Printed name and title