FILED
CLERK, U.S. DISTRICT COURT

APR 20 2022

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>Jeremy Hanson<br><br>DEFENDANT/MATERIAL WITNESS, | CASE NUMBER<br><br>~~8:22-mj-285-DUTY~~<br><br>8:22-mj-286-DUTY<br><br>**AFFIDAVIT OF THIRD-PARTY CUSTODIAN** |
|---|---|

Having been ordered by the Court on __April 20, 2022__ to take third-party custody of __Jeremy Hanson__, I, __Lauren Zack__, agree to (a) supervise the defendant/material witness, (b) use every effort to assure the defendant's/material witness' appearance at all court proceedings, and (c) notify Pretrial Services immediately if the defendant/material witness violates a condition of release or is no longer in the custodian's custody. I understand that if I fail to discharge my obligations under this agreement I may be held in contempt of court.

_Lauren Zack_
Signature of Third-Party Custodian (Person or Organization)

__mother__
Relationship to Defendant/Material Witness

▮▮▮▮▮▮▮▮▮▮
Address (only if the above is an organization)

__Los Alamitos  CA__ ▮▮▮
City and State only

▮▮▮▮▮▮▮▮▮▮▮
Telephone Number

Date: __4-20-22__

CR-31 (03/15)                              AFFIDAVIT OF THIRD-PARTY CUSTODIAN