

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 8:22-mj-00283 |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6);18 U.S.C. § 3143(a)] |
| v. | |
| JOSE ANTONIO CASARES, | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Southern District of California for alleged violations of the terms and conditions of supervision; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), finds that:

A. ( X ) The defendant has not met defendant's burden of establishing by clear and convincing evidence that conditions could reasonably assure defendant's appearance as required if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _nature of current allegations, including positive drug tests and an admission of drug use, resulting in a no bail warrant; prior criminal history including felony convictions; lack of available sureties_

and

B. ( X ) The defendant has not met defendant's burden of establishing by clear and convincing evidence that conditions could reasonably assure the safety of any persona or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: *nature of current allegations, including positive drug tests and an admission of drug use, resulting in a no bail warrant; prior criminal history including felony convictions, including a weapons-possession conviction; lack of available sureties*

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

Dated: 4-20-2022

JOHN D. EARLY
United States Magistrate Judge

2